United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABANTE ROOTER AND PLUMBING, INC.,

        Plaintiff,

    v.

LONG FENCE AND HOME LLLP, et al.,

        Defendants.

Case No. 23-cv-06496-RS

**ORDER DISMISSING CASE**

      The parties in the above-captioned case have stipulated to dismiss this action, with prejudice as to the named plaintiff and without prejudice as to the putative class. Federal Rule of Civil Procedure 23(e), which governs voluntary dismissals in the class action context, applies only to certified or settlement classes. Where no class has been certified, as is the case here, voluntary dismissal of a putative class action is governed only by Rule 41. The parties' joint stipulation complies with Rule 41's requirements, so the stipulation of dismissal is granted, with prejudice as to the named plaintiff and without prejudice as to the putative class.

**IT IS SO ORDERED**.

Dated: July 3, 2024

RICHARD SEEBORG
Chief United States District Judge